UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:14-CV-114-KS

LISA SHAW JERNIGAN,
    Plaintiff,

Vs.

CAROLYN W. COLVIN,
COMMISSIONER OF SOCIAL SECURITY,
    Defendant.

ORDER FOR ATTORNEY FEES
UNDER THE EQUAL ACCES TO JUSTICE ACT

This matter is before the court on plaintiff's application for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Plaintiff asks for an award of attorney's fees in the amount of $4,600.00 to be paid to the plaintiff in care of the plaintiff's attorney. The award is calculated at the rate of $125.00 per hour (but adjusted for inflation) for 25 hours of work on this case in federal court. Time spent on this case is itemized in plaintiff's attorney's affidavit.

The court has reviewed plaintiff's application for fees and supporting materials, and after careful review of this matter finds an award of fees to be fair and reasonable

IT IS THEREFORE ORDERED that the claimant is allowed an award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 in the total amount of $4,600.00.

This the **4th** day of Ma**y** 2015.

_____
Kimberly A. Swank
United States Magistrate Judge